JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED HASSAN EL SAID, | No. ED CV 26-1550-ODW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| FACILITY ADMINSTRATOR, ETC. ET AL., | |
| Respondents. | |

IT IS ADJUDGED that the Petition is granted in part:  (a) ICE's previous detention of Petitioner violated Petitioner's due process rights; (b) Respondents are enjoined from again detaining Petitioner without notice and a pre-detention hearing where the Government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or flight risk, and that no conditions other than his detention would be sufficient to prevent those harms; and (c) Respondents are restrained from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.

DATED: June 25, 2026.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE